**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: ESTATE OF FRANCES KISICK   :  No. 200 WAL 2023

:

:

PETITION OF: ELIZABETH L. BELLISSIMO  :  Petition for Allowance of Appeal

:  from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of February, 2024, the Petition for Allowance of Appeal is **DENIED**.